

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-25-00174-CV

IN THE INTEREST OF M.P.A. AND J.A.A., CHILDREN

On Appeal from the County Court at Law No. 1
Randall County, Texas
Trial Court No. 82674L1, Honorable James W. Anderson, Presiding

June 24, 2025

## MEMORANDUM OPINION

Before QUINN, C.J., and PARKER and YARBROUGH, JJ.

Appellant, Jacqua Sharee Trevino, filed a notice of appeal from the trial court's child support modification order without paying the requisite filing fee. By letter of May 30, 2025, the Clerk of this Court notified Appellant that the filing fee was overdue and that unless she was excused from paying court costs under Rule of Appellate Procedure 20.1, failure to pay the filing fee by June 9 would result in dismissal of the appeal. To date, Appellant has neither paid the filing fee nor sought leave to proceed without payment of court costs.

Because Appellant has failed to comply with a requirement of the appellate rules and a notice from the Clerk requiring action within a specified time, we dismiss the appeal. *See* TEX. R. APP. P. 25.1(b), 42.3(c).

Per Curiam